## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD HARRIS | : |
| | : |
| vs. | : |
| | :   No. 14-3136 |
| OFFICER WILLIAM CAREY ET AL., | : |

## ORDER

AND NOW, this 16th day of October 2014, **IT IS HEREBY ORDERED** that, upon careful consideration of the defendants' motion to dismiss (Doc. No. 12), the plaintiff's response thereto, and the defendants' reply, the defendants' motion is **GRANTED IN PART** as follows:

1. The Chester Police Department and City of Chester are dismissed as parties to this action;

2. Plaintiff's deliberate indifference claim is dismissed with prejudice; and

3. Defendants' motion is denied as to the excessive force claim against Carey.

                                                s/William H. Yohn Jr.
                                                William H. Yohn Jr., Judge